# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Raymond McArthur Beall | )<br>)<br>)<br>) Case No: 4:95-CR-57-1F<br>) USM No: 16051-56 |
| Date of Original Judgment:    March 18, 1996<br>Date of Previous Amended Judgment:   April 13, 1998<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Vidalia Patterson<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 300 months **is reduced to** 164 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 18, 1996, and April 13, 1998, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/13/14

                              *Judge's signature*

Effective Date: _____     James C. Fox   Senior U.S. District Judge
       *(if different from order date)*                                     *Printed name and title*